UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number:_____

Learon L. Crawford
(Write the full name of the plaintiff)

vs. UBER

FILED BY _____ D.C.
FEB 25 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

(Write the full name of the defendant/s in this case)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**I. Party Information**

A. Plaintiff: Mr. Learon L. Crawford

Address: 3110 NW 49 ST. / Miami, Fl. 33142

Inmate/Prison No.: _____

Year of Birth: 07/29/61 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: UBER           Defendant: _____

Official Position: Employer      Official Position: _____

Place of Employment: Miami/Dade   Place of Employment: _____

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Racial Disparagement

1. Withholding Income Tax Data as Requested 4 Times in Person 6 via Phone
2. Extorsion { Forcing me to Withdraw Passenger Front Door (2x) claim Under threat of increasing and or Dropping my coverage Blocking all other claim Damages listing False Passenger complaints as grounds leveraged!
3. Harboring Racist Practices
4. Denials of Property Damage (Cadillac Escalade) Claim { Front Pass door Panel
5. Inability to file additional Property Damage Claims because of
   - Stonewall from the Above -
   - Rear Middle Passenger Seat
   - New Stereo Amp Damage Under middle Row driver side seat
   - Tolles $352 ºº Expressway Authority

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

1. Awards & Damages
2. Immediat Release of All Income / Income Tax Form (1099) as per illegal Block by Uber Refusal {Federal Violation} I cannot File
3. Severe Public Admonishment of UBER
4. Written Appology From UBER
5. Forced Implimentation of Racial Awarness & Sensitivity towards People of Color whom are Drivers From Riders Resorts Hotels & General Establishments of Pick up locations
6. Pay tolles $300+ Dollars
7. Loss Wages $5,000 ºº

_____

_____

### IV. Jury Demand

Are you demanding a jury trial?   ✓ Yes   ___ No

or
Agreeable Settlement

Signed this 25th day of February, 2019

_M̲r̲ ̲[̲s̲i̲g̲n̲a̲t̲u̲r̲e̲]̲_
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: February 25th 2019

_M̲r̲ ̲[̲s̲i̲g̲n̲a̲t̲u̲r̲e̲]̲_
Signature of Plaintiff